UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bowe v. Monsanto Co.*, Case No. 3:22-cv-01229-VC<br><br>*Yoder v. Monsanto Co.*, Case No. 3:22-cv-03140-VC | **ORDER DEEMING MOOT MONSANTO'S MOTION TO EXCLUDE EXPERT BOBST**<br><br>Re: Dkt. No. 20086 |

Summary judgment was granted for Monsanto in both cases in which it filed its motion to exclude expert Bobst. *See* Pretrial Order No. 320 (Dkt. No. 20391). Therefore, the motion is moot.

**IT IS SO ORDERED.**

Dated: March 26, 2025

_____
VINCE CHHABRIA
United States District Judge